IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

JASON L. JOLLY,                        )
                                       )
            Plaintiff,                 )    TC-MD 150012N
                                       )
      v.                               )
                                       )
DEPARTMENT OF REVENUE,                 )
State of Oregon,                       )
                                       )
            Defendant.                 )    **FINAL DECISION**

      This Final Decision incorporates without change the court's Decision entered on

January 20, 2015.  The court did not receive a request for an award of costs and disbursements

within 14 days after its Decision was entered.  *See* TCR-MD 16.

      This matter is before the court on Defendant's Answer filed January 14, 2015.  Plaintiff

filed his Complaint on January 7, 2015, requesting "abatement of the tax deficiencies, penalties

and interest" for the 2009, 2010, and 2011 tax years.  (Ptf's Compl at 1.)  In its Answer,

Defendant agreed "with [the] original return and will abate the deficiencies for tax year 2009,

2010 and 2011 in full."  (Def's Ans at 1.)  Because the parties are in agreement, the case is ready

for decision.  Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that, for tax years 2009, 2010, and 2011,

Defendant shall abate its notices of deficiency in full.[1]

Dated this ____ day of February 2015.

ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR. Your complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.  TCR-MD 19 B.*

*This document was signed by Magistrate Allison R. Boomer on February 6, 2015.  The court filed and entered this document on February 6, 2015.*

---

[1] The court's January 20, 2015, Decision incorrectly stated "1011" instead of "2011"; that clerical error has been corrected in this Final Decision.